Send-C

FILED
CLERK, U.S. DISTRICT COURT
JUN 13 2013
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: SACR 08-221-AG |
|---|---|
| Plaintiff, | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Cristna Pulido Martinez Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    (X) the defendant's nonobjection to detention at this time

    ( ) other: _____

1

1      and/ or
2  B. ( )   The defendant has not met his/her burden of establishing by clear and
3           convincing evidence that he/she is not likely to pose a danger to the
4           safety of any other person or the community if released under 18 U.S.C.
5           § 3142(b) or (c). This finding is based on the following:
6           ( )   information in the Pretrial Services Report and Recommendation
7           ( )   information in the violation petition and report(s)
8           ( )   the defendant's nonobjection to detention at this time
9           ( )   other: _____
10
11  IT THEREFORE IS ORDERED that the defendant be detained pending the further
12  revocation proceedings.
13
14  Dated: June 13, 2013
15                                              _____
                                                SHERI PYM
                                                United States Magistrate Judge